IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 21 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| BORDER CONTRACTORS, INC., a Texas Corporation, Plaintiff | * * * * | |
| VS. | * | CIVIL ACTION NO. B-02-027 |
| GREAT AMERICAN INSURANCE COMPANY OF NEW YORK, Defendant | * * * * | |

## DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS

COMES NOW, Defendant Great American Insurance Company of New York and submits the following Certificate of Interested Persons pursuant to the Court's order for conference:

1. Border Contractors, Inc.

2. Great American Insurance Company of New York

3. Mitchell C. Chaney
   Teri L. Danish
   1201 E. Van Buren
   Brownsville, Texas 78521
   956/542-7441

4. Robert J Banks
   Attorney At Law
   218 East Harrison Avenue
   Harlingen, Texas 78550-9134
   956/423-3745

Respectfully submitted,

RODRIGUEZ, COLVIN & CHANEY, L.L.P.

By: _____
Mitchell C. Chaney
Federal ID No. 1918
State Bar No. 04107500
Teri L. Danish
Federal ID No. 12862

State Bar No. 05375320
1201 E. Van Buren St.
P.O. Box 2155
Brownsville, Texas 78522
Telephone: (956) 542-7441
Facsimile:   (956) 541-2170

ATTORNEYS FOR GREAT AMERICAN
INSURANCE COMPANY OF NEW YORK

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of Defendant's Certificate of Interested Persons was served upon all counsel of record, to-wit:

> Mr. Robert J. Banks
> Attorney at Law
> 218 East Harrison Avenue
> Harlingen, Texas 78550-9134
> Attorneys for Plaintiff

by certified mail, return receipt requested, facsimile transmission, and/or hand delivery pursuant to the Texas Rules of Civil Procedure on this the 21st day of March, 2002.

_____
Teri L. Danish