IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 3 0 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| Border Contractors, Inc., a Texas Corporation, | § § § § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. B-02-027 |
| Great American Insurance Company of New York, | § § § § | |
| Defendant. | § | |

### ORDER

BE IT REMEMBERED that on May 30, 2002, the Court **ORDERED** the Parties to submit a Joint Discovery / Case Management Plan in compliance with Court Chamber Rule 7(A)(1) no later than 2:00 p.m. on Monday, June 3, 2002.

DONE at Brownsville, Texas, this 30th day of May 2002.

_____
Hilda G. Tagle
United States District Judge