IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 03 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| BORDER CONTRACTORS, INC., | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-02-027 |
| | § | |
| GREAT AMERICAN INSURANCE CO. | § | |
| OF NEW YORK, | § | |
|     Defendant. | § | |

## ORDER

BE IT REMEMBERED that on June 3, 2002, the Court **REFERRED** the case to Magistrate Judge Felix Recio for all further proceedings, including final judgment, pursuant to the Parties' Joint Discovery/Case Management Plan [Dkt. No. 5] indicating that they consent to trial before a Magistrate Judge.

The conference set for Tuesday, June 4, 2002 is accordingly **CANCELLED**.

**SO ORDERED.**

DONE at Brownsville, Texas, this 3rd day of June, 2002.

Hilda G. Tagle
United States District Judge