7

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS DIVISION
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 0 5 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| BORDER CONTRACTORS, INC. | * |
| | * |
| vs | * CIVIL ACTION NO. B-02-027 |
| | * |
| GREAT AMERICAN INSURANCE CO. | * |
| OF NEW YORK | * |

TAKE NOTICE THAT A PROCEEDING IN THIS CAUSE OF ACTION HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW:

## INITIAL PRETRIAL CONFERENCE

**June 19, 2002, @ 2:00 P.M.**

**BEFORE THE HONORABLE U.S. MAGISTRATE JUDGE FELIX RECIO**

PLACE:   UNITED STATES DISTRICT COURT
         600 E. Harrison, 2nd Floor
         Brownsville, Texas 78520
         (956) 548-2701

BY ORDER OF THE COURT

June 4, 2002

cc:   Counsel of Record