Felix Recio, United States Magistrate Judge
Southern District of Texas, Brownsville Division

Law Clerk:      Ryan A Byrd

United States District Court
Southern District of Texas
FILED

JUN 1 9 2002

Michael N. Milby
Clerk of Court

Date:         June 19, 2002, 2:00 p.m.
-----------------------------------------------------------------
                    C. A. NO. B02-027 (HGT)
-----------------------------------------------------------------
| BORDER CONTRACTORS, INC. | * | Robert J Banks |
| Vs | * | |
| GREAT AMERICAN INSURANCE CO. | * | |
| OF NEW YORK | * | Mitchell C Chaney |

-----------------------------------------------------------------

## INITIAL PRETRIAL CONFERENCE

Conference held with attorneys Banks and Chaney.

The parties submitted a 636(c) consent.

The parties agreed to the docket dates. A scheduling order will be issued.