=================================================================
# UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS
=================================================================

| | | |
|---|---|---|
| BORDER CONTRACTORS, INC. | * | United States District Court<br>Southern District of Texas<br>ENTERED |
| VS | * C.A. NO. B-02-027 | JUN 2 4 2002 |
| GREAT AMERICAN INSURANCE COMPANY<br>OF NEW YORK | * | Michael N. Milby, Clerk of Court<br>By Deputy Clerk |

## CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

All parties to this case waived their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. § 636(c).

| Signatures and Typed Names | Party Represented | Date |
|---|---|---|
| _[signature]_ | Great American | 6/19/02 |
| _[signature]_ | Plaintiff | 6-19-02 |

## ORDER TO TRANSFER

This case is transferred to United States Magistrate Judge

**Felix Recio**

to conduct all further proceedings, including final judgment.

| | |
|---|---|
| 6/21/02 | _[signature]_ |
| Date | United States District Judge |

**NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT <u>ONLY</u> IF ALL PARTIES HAVE CONSENTED <u>ON THIS FORM</u> TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.**