IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 1 3 2002

Michael N. Milby
Clerk of Court

Border Contractors, Inc., :
a Texas corporation, :
:
    Plaintiff :
:
vs. :   CIVIL ACTION NO. B-02-027
:
Great American Insurance :
Company of New York, :
:
    Defendant :

### PLAINTIFF'S DESIGNATION OF EXPERT WITNESSES

Comes now Border Contractors, Inc., Plaintiff in the above entitled and numbered case, by and through its attorney, Robert J. Banks, Esq., and designates the following persons as expert witnesses:

#### Jeff Davis

Mr. Davis is an insurance professional who handled the sale and administration of the insurance policy issued by Defendant and sued upon herein. He is expected to opine that the injuries complained of by Plaintiff were insured by the insurance policy sued upon, and that all conditions precedent to recovery had been complied with.

#### Robert J. Banks, Esq.

Mr. Banks is an attorney licensed to practice law in the state of Texas and the Southern District of Texas. He is expected to opine that he is familiar with the

usual charges for legal services made by attorneys of similar education, training and experience, and that Plaintiff's attorney's fees sought herein are reasonable and necessary.

Respectfully submitted,

_____
Robert J. Banks, Esq.
Texas Bar No. 01686020
SDOT ID No. 10703
218 East Harrison Avenue
Harlingen, Texas 78550-9134
956-423-3745 (Telephone)
956-423-3746 (Telecopier)

Attorney for Plaintiff,
Border Contractors, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of August 2002, I caused to be delivered *via* telecopier a true copy of the foregoing Plaintiff's Designation of Expert Witnesses to the following attorney of record:

Mitchell C. Chaney, Esq.                    <u>Telecopier No. 956-541-2170</u>
Rodriguez, Colvin & Chaney, L.L.P.
1201 East Van Buren Street
Brownsville, Texas 78520-7057

_____
Robert J. Banks