IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 16 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| Border Contractors, Inc., a Texas corporation, | : | |
| Plaintiff | : | |
| vs. | : | CIVIL ACTION NO. B-02-027 |
| Great American Insurance Company of New York, | : | |
| Defendant | : | |

### PLAINTIFF'S MOTION FOR PROTECTIVE ORDER

Comes now Border Contractors, Inc., Plaintiff in the above entitled and numbered case, by and through its attorney, Robert J. Banks, Esq., and files this, its Motion for Protective Order pursuant to Rule 26(c), *Federal Rules of Civil Procedure*, and for cause therefore would respectfully show unto this Court the following.

### A. Introduction

1.  Border Contractors, Inc. is the Plaintiff herein. Great American Insurance Company of New York is the Defendant herein.

2.  Plaintiff sued Defendant for breach of contract, and for breach of the covenant of good faith and fair dealing.

3. Pursuant to Amended Rule 16, F.R.C.P. Scheduling Order entered by this Court, <u>all discovery must have been completed by December 21, 2002</u>.

4. Pursuant to Amended Rule 16, F.R.C.P. Scheduling Order entered by this Court, jury selection is set on April 4, 2003.

5. <u>On January 9, 2003, Plaintiff's attorney was served with Defendant's untimely Notice of Intent to Take the Oral and Videotaped Deposition</u> of Jeff Davis - Subpoena Duces Tecum ("Deponent"). Copy attached hereto, marked Exhibit "A" and made a part hereof.

6. Plaintiff attempted to confer with Defendant in a good-faith effort to resolve the dispute without court action pursuant to Rule 26(c), *Federal Rules of Civil Procedure* as shown on the attached Certificate of Conference

### B. Argument

7. Plaintiff moves this Court for its Order granting Plaintiff's Protective Order that Defendant's untimely requested discovery not be had.

8. Defendant has had ample opportunity to depose the Deponent. On <u>August 9, 2002</u>, Plaintiff designated Jeff Davis, the noticed deponent, as an expert witness on behalf of Plaintiff. See Plaintiff's Designation of Expert Witnesses filed in this Court. Although the discovery period did not close until December 21, 2002, Defendant did not conduct any discovery. Although Defendant had until December 11, 2002 in which to request an extension of the discovery period, it did not do so.

9. This Court entered its Amended Rule 16, F.R.C.P. Scheduling Order on October 17, 2002. Pursuant to this Court's Order:

>December 21, 2002    ALL DISCOVERY must be completed by this date. No motion for extension of time will be granted unless there is a showing of express need and that good cause exists.
>
>December 11, 2002    MOTIONS FOR EXTENSION OF TIME to complete discovery must be filed by this date.

10. Rule 29, *Federal Rules of Civil Procedure*, specifies that:

> Unless otherwise directed by the court, the parties may by written stipulation (1) provide that depositions may be taken before any person, at any time or place, upon any notice, and in any manner and when so taken may be used like other depositions, and (2) modify other procedures governing or limitations placed upon discovery, ... .

The parties have not entered into any written stipulations pertaining to discovery in general, or Defendant's noticed deposition complained of herein in particular.

## C. Conclusion

11. Defendant has chosen to not to conduct discovery in this case until after the date ordered by this Court for completion of discovery. Further, Defendant has chosen not to move this Court for an extension of the discovery period, nor request the that parties enter into a written stipulation concerning discovery.

12. Pursuant to this Court's Amended Rule 16, F.R.C.P. Scheduling Order, and Rule 29, *Federal Rules of Civil Procedure*, Plaintiff prays that this Court issue its Order:

  a. Setting Plaintiff's Motion for Protective Order for hearing;

  b. Granting Plaintiff's Motion for Protective Order and denying Defendant's requested discovery; and

c.  Granting Plaintiff such other and further relief, at law or in equity, special or general, as to which it may be shown to be entitled.

Respectfully submitted,

_____
Robert J. Banks, Esq.
Texas Bar No. 01686020
SDOT ID No. 10703
218 East Harrison Avenue
Harlingen, Texas 78550-9134
956-423-3745 (Telephone)
956-423-3746 (Telecopier)

Attorney for Plaintiff,
Border Contractors, Inc.

## CERTIFICATE OF CONFERENCE

I hereby certify that I attempted in good faith to confer with Ms. Teri L. Danish, Attorney for Defendant, concerning Plaintiff's Motion for Protective Order and Defendant's Notice of Intent to Take the Oral and Videotaped Deposition of Jeff Davis - Subpoena Duces Tecum, to no avail, in an effort to resolve the dispute without court action.

_____
Robert J. Banks

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Border Contractors, Inc., a Texas corporation, | : : : | |
| Plaintiff | : : | |
| vs. | : : | CIVIL ACTION NO. B-02-027 |
| Great American Insurance Company of New York, | : : : : | |
| Defendant | : | |

## AFFIDAVIT OF ROBERT J. BANKS IN SUPPORT OF PLAINTIFF'S MOTION FOR PROTECTIVE ORDER

THE STATE OF TEXAS  )
                    )
COUNTY OF CAMERON  )

Before me, the undersigned authority, on this day personally appeared Robert J. Banks, attorney for the plaintiff herein, who being by me duly sworn, states on oath that:

"My name is Robert J. Banks, I am the attorney of record for Border Contractors, Inc., Plaintiff herein. I have personal knowledge of the facts contained herein, and I am competent to be a witness and to make this Affidavit."

"Plaintiff's Motion for Protective Order is included herein by reference, and the facts set forth therein are true and correct."

"Further Affiant sayeth not."

_____
Robert J. Banks, Affiant

Subscribed to and sworn before me on this 13th day of January 2003.



Notary Public in and
for the State of Texas

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of January 2003, I caused to be delivered *via* telecopier a true copy of the foregoing Plaintiff's Motion for Protective Order to the following attorney of record:

Ms. Teri L. Danish                                   Telecopier No. 956-541-2170
Rodriguez, Colvin & Chaney, L.L.P.
1201 East Van Buren Street
Brownsville, Texas 78520-7057

_____
Robert J. Banks

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| BORDER CONTRACTORS, INC. | * | |
| | * | |
| VS. | * | Civil Action No. B-02-027 |
| | * | |
| GREAT AMERICAN INSURANCE | * | |
| COMPANY OF NEW YORK | * | |

**NOTICE OF INTENT TO TAKE THE ORAL AND VIDEOTAPED DEPOSITION
OF JEFF DAVIS - SUBPOENA DUCES TECUM**

TO: BORDER CONTRACTORS, INC., Plaintiff
By and through its attorney of record:

Mr. Robert J. Banks
218 East Harrison Avenue
Harlingen, Texas 78550-9134

PLEASE TAKE NOTICE, that GREAT AMERICAN INSURANCE COMPANY OF NEW YORK, Defendant in the above-entitled and numbered cause, by and through its attorney of record, will take the oral deposition of **JEFF DAVIS** commencing at **11:00 a.m. on the 20th day of January, 2003** and continuing from day to day until finished at the offices of **Miller Parker, located at 5910 North Central Expressway, Suite 100, Dallas, Texas 75206, telephone number 1(800) 443-3376.** All parties are invited to attend and participate as appropriate.

The deposition will be taken by a duly certified court report from Miller Parker, or its authorized representative. The witness is additionally requested to bring with him to the deposition all of the items listed on the attached Exhibit "A" that are within his possession, custody or control.

EXHIBIT A

Respectfully submitted,

*Teri L. Danish w/permission emv*

Mitchell C. Chaney
Fed. No. 1918
State Bar No. 4107500
Teri L. Danish
Fed. No. 12862
State Bar No. 05375320
RODRIGUEZ, COLVIN & CHANEY, L.L.P.
1201 East Van Buren
Brownsville, Texas 78520
Telephone: (956) 542-7441
Facsimile:  (956) 541-2170

### CERTIFICATE OF SERVICE

I, Teri L. Danish, hereby certify that a true and correct copy of the foregoing document has been forwarded to the following counsel of record, by certified mail, return receipt requested and/or facsimile on the ____9th____ day of January, 2003.

Robert J. Banks              *Via Facsimile: (956) 423-3746*
218 East Harrison Avenue
Harlingen, Texas 78550-9134

*Teri L. Danish w/perm Rnv*
Teri L. Danish

## SUBPOENA DUCES TECUM

PLEASE TAKE FURTHER NOTICE that pursuant to the Federal Rules of Civil Procedure, JEFF DAVIS shall produce at the commencement of the taking of his deposition all of the following documents and/or things in his possession, custody or control:

## DEFINITIONS

As used herein, "document" or "documents" shall specifically include the originals and all non-identical copies (whether by reason of marginal or other notes, markings, alterations, modifications, changes or amendments) of any writing or tangible thing, including, but not limited to, any writing, typewritten, handwritten, printed, transcribed, punched, taped, filmed, recorded, computer produced or graphic material, however produced or reproduced, correspondence, notes, statistics, letters, stenographic, or handwritten notes, telegraphs, telegrams, memoranda, contracts, interoffice or intraoffice communications, offers, leases, agreements, transcriptions or records or records or minutes of meetings or conferences, agendas of meetings or conferences, summaries or reports of tests, inspections, examined or investigations, studies, analyses, evaluations, work papers and all drafts, specification, guidelines, technical journal articles, operating manuals, safety manuals, instructions manuals, papers, or other publications, drawings, maps, plans, tables, graphs, charts, bulletins, circulars, brochures, pamphlets, books, prospectuses, computer printouts, teletypes, telefax, invoices, graphic or manual records, photographs, notebooks, records, desk calendars or diaries, day books, business records, electronic mechanical or electric records, or representations of any kind (including without limitations tapes, cassettes, disks, recording, microfiche, microfilm video tapes, and motion pictures), books of account, ledgers, budgets, or any other papers or things purporting to be a document.

## EXHIBIT "A"

1. Your entire file regarding this matter.

2. Any correspondence or other documents sent from or to you and Plaintiff or Plaintiff's counsel.

3. Any report you have written containing the results of your work regarding this incident and any drafts of same.

4. Any treatises, articles, or other material (documents or physical evidence) which formed a basis for your conclusions regarding this matter, in whole or in part.

5. A copy of your curriculum vitae.

6. Any additional documents or tangible things which form, in whole or in part, bases for your opinions regarding this matter.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| Border Contractors, Inc., a Texas corporation, : : | |
| Plaintiff : | |
| vs. : | CIVIL ACTION NO. B-02-027 |
| Great American Insurance Company of New York, : : | |
| Defendant : | |

## ORDER GRANTING PLAINTIFF'S MOTION FOR PROTECTIVE ORDER

On this day came forth Plaintiff's Motion for Protective Order to be heard by the Court. The Court, having read Plaintiff's Motion and the pleadings on file herein, and having heard argument of counsel, finds that (i) this Court entered an Order on October 17, 2002 that all discovery in this case be completed prior to December 21, 2002, and that all motions for extension of time to complete discovery be filed prior to December 11, 2002; (ii) Defendant did not file any motions for extension of time to complete discovery; (iii) Defendant did not enter into a written stipulation between the parties modifying the above procedures or limitations ordered by the Court; and (iv) Defendant subsequently served its Notice of Intent to Take Oral and Videotaped Deposition of Jeff-Davis - Subpoena Duces Tecum on January 9, 2003; therefore the Court further finds that Plaintiff's Motion for Protective Order should be granted. It is therefore,

ORDERED, ADJUDGED AND DECREED that Plaintiff's Motion for Protective Order be, and the same is hereby, granted; it is further,

ORDERED, ADJUDGED AND DECREED that Defendant shall not have the discovery sought in its Notice of Intent to Take Oral and Videotaped Deposition of Jeff-Davis - Subpoena Duces Tecum.

Signed this ____ day of _____ 2003.

_____
Felix Recio,
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

Border Contractors, Inc., :
a Texas corporation, :
 :
    Plaintiff :
 :
vs. : CIVIL ACTION NO. B-02-027
 :
Great American Insurance :
Company of New York, :
 :
    Defendant :

## ORDER SETTING HEARING ON PLAINTIFF'S MOTION FOR PROTECTIVE ORDER

On the ____ day of January 2003, Plaintiff, Border Contractors, Inc., presented its Motion for Protective Order, and the Court being of the opinion that said Motion should be heard, it is therefore:

ORDERED, that a hearing be held on Plaintiff, Border Contractors, Inc.'s, Motion for Protective Order on the ____ day of _____ 2003, at _____ o'clock, ___.m., before Judge Recio, Courtroom Number 1, U.S. Federal Building and & Courthouse, Brownsville, Texas.

Signed this _____ day of _____ 2003.

                                                                _____
                                                                Felix Recio,
                                                                 United States Magistrate Judge