IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 2 2 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

Border Contractors, Inc., :
a Texas corporation, :
 :
    Plaintiff :
 :
vs. : CIVIL ACTION NO. B-02-027
 : (636(c))
Great American Insurance :
Company of New York, :
 :
    Defendant :

## ORDER SETTING HEARING ON PLAINTIFF'S MOTION FOR PROTECTIVE ORDER

On the 21st day of January 2003, Plaintiff, Border Contractors, Inc., presented its Motion for Protective Order, and the Court being of the opinion that said Motion should be heard, it is therefore:

ORDERED, that a hearing be held on Plaintiff, Border Contractors, Inc.'s, Motion for Protective Order on the 24th day of January 2003, at 1:30 o'clock, p.m., before Judge Recio, Courtroom Number 1, U.S. Federal Building and & Courthouse, Brownsville, Texas.

Signed this 21st day of January 2003.

_____
Felix Recio,
United States Magistrate Judge