```
COURTROOM MINUTES: Felix Recio Judge Presiding
                   Southern District of Texas, Brownsville Division
```

| | | |
|---|---|---|
| Courtroom Clerk | : | M Garcia |
| Court Reporter | : | B Record |
| CSO | : | D Delgado |
| Law Clerk | : | R Bryd |
| Date | : | January 24, 2003 at 1:00 p.m. |

United States District Court
Southern District of Texas
FILED

JAN 24 2003

Michael N. Milby
Clerk of Court

---

CIVIL CASE NO. B-02-027 (636(c))

Border Contractors, Inc.          *          R Banks

vs                                *

Great American Insurance Company  *          T Danish
of New York

---

### HEARING ON MOTION FOR PROTECTIVE ORDER

Robert Banks present for the Plaintiff;
T Danish present for the Defendant;

Robert Bank addresses the Court and requests the Court to take Judicial Notice of the pleadings;
R Banks offers facts concerning the Protective Order;

T Danish responds to the issues of the deposition in question;
T Danish states she is going forward as to striking Plaintiff's expert;

Attorney Banks states there is a Motion to Strike Expert Witness pending;

T Danish requests the Court to be allowed to take the deposition of this expert;

The Court will extend the motion and discovery deadlines to 02/18/03 in order for the deposition to be taken;

Motion to Strike Expert is w/drawn without prejudice;

Court adjourned.