# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS DIVISION
## BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 1 7 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

BORDER CONTRACTORS, INC.         *

vs                               *   CIVIL ACTION NO. B02-027
                                         (636(c))
GREAT AMERICAN INSURANCE         *
OF NEW YORK

TAKE NOTICE THAT A PROCEEDING IN THIS CAUSE OF ACTION HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW:

### MOTION HEARING & FINAL PRETRIAL
(Final Pretrial reset from 4/3/03)

**March 18, 2003, 2:00 P.M.**

**BEFORE THE HONORABLE U.S. MAGISTRATE JUDGE FELIX RECIO**

PLACE:   U.S. Federal Building & Courthouse
         600 E. Harrison, 2nd Floor
         Brownsville, TX 78520

BY ORDER OF THE COURT

March 14, 2003

cc:   Counsel of Record