# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 18 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| BORDER CONTRACTORS, INC. | * | |
| VS | * | CIVIL ACTION NO. B-02-027 (636(c)) |
| GREAT AMERICAN INSURANCE OF NEW YORK | * | |

## JOINT ANNOUNCEMENT

The parties in the above-captioned case have no objection to Magistrate Judge John Wm. Black selecting the jury.

DONE at Brownsville, Texas, this 18th day of March 2003.

_____
Attorney for Plaintiff

_____
Attorney for Defendant