```
COURTROOM MINUTES: Felix Recio Judge Presiding
                   Southern District of Texas, Brownsville Division

Courtroom Clerk    :    M Garcia
ERO                :    G Medieta
CSO                :    Zepeda
Law Clerk          :    R Bryd
Date               :    March 18, 2003 at 02:10 p.m.
```

United States District Court
Southern District of Texas
FILED

MAR 1 9 2003

Michael N. Milby
Clerk of Court

CIVIL CASE NO. B-02-027 (636(c))

BORDER CONTRACTORS INC                              *         R Banks

vs

GREAT AMERICAN INSURANCE CO. OF NEW YORK            *         T Danish

---

### MOTION HEARING AND FINAL PRETRIAL

Robert Banks present for the Plaintiff;
Teri L Danish present for the Defendant;

T Danish argues Defendant's Motion for Summary Judgment;
Counsel states facts of this case;
Counsel states Plaintiff has not met there burden for Summary Judgment proof;

R Banks replies to the argument for Summary Judgment;
Counsel makes reference to "your yard";
Counsel states he is not using custom and usage to interpret the contract but to define the term;

Court states there is a lack of definition in the contract as to "your yard";

Counsel states that the term is ambiguous and continues to reply to the motion;

Court recesses 2:40 p.m.;
Court resumes at 2:45 p.m.:

R Banks proceeds to argue and states that the claim is valid;

The Court denies the Motion for Summary Judgment;

T Danish addresses the remaining claims as set forth in the Motion for Summary Judgment;

The Court in regards to the Deceptive Trade Practices Act, believes it is a good faith dispute;
The Court finds there is a material fact;
The Court grants the motion for summary judgment in part and denies in part;

The Court addresses counsel as to the day of Jury Selection and counsel execute a form in which they have no opposition that Magistrate Judge John W Black proceed with Jury Selection;
The Court states Trial is to commence April 21, 2003 at 9:00 a.m.;
The Court requests Ms Danish to prepare this order;

Court adjourned.