# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| BORDER CONTRACTORS, INC. | * | |
| VS | * | CIVIL ACTION NO. B-02-027 (636(c)) |
| GREAT AMERICAN INSURANCE OF NEW YORK | * | |

## ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

On March 18, 2003, the Court heard Defendant Great American Insurance Company of New York's Motion for Summary Judgment. Having considered the briefing of the parties and arguments of counsel, the Court is of the opinion that Defendant's motion should be granted in part and denied in part.

The Court finds that there exists a genuine issue as to a material fact with respect to the definition assigned by each party to the term "yard" contained in the contract of insurance. Accordingly, Defendant's Motion for Summary Judgment is DENIED.

The Court further finds that Defendant's Motion for Summary Judgment as to Plaintiff's claim alleging violations of the Texas Deceptive Trade Practices – Consumer Protection Act is GRANTED and the claim is hereby DISMISSED.

Defendant's motion as to Plaintiff's claim for breach of contract and breach of the covenant of good faith and fair dealing is carried along with the trial of this matter.

Signed on this 18th day of March 2003.

_____
Felix Recio
United States Magistrate Judge