United States District Court
Southern District of Texas
FILED

APR 0 3 2003

Michael N. Milby
Clerk of Court

28

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| BORDER CONTRACTORS, INC. | * | |
| | * | |
| v. | * | Civil Action No. B-02-027 |
| | * | |
| GREAT AMERICAN INSURANCE COMPANY OF NEW YORK | * * | |

### DEFENDANT'S SUGGESTED VOIR DIRE

Defendant Great American Insurance Company of New York submits the following list of suggested voir dire questions:

1. For each juror who has indicated that he or she has been a party to a lawsuit: Were you a plaintiff or a defendant? Was the lawsuit settled or did it go to trial? Were you satisfied with the result of your case? Was there anything about that experience that would influence your service in this case?

2. Does anyone know any of the attorneys or possible witnesses in the case? If so, how do you know them? Would anything about that acquaintance influence the way you would listen to the evidence in the case?

3. Is there anyone here who disputes the fact that a Company like Great American Insurance Company is entitled to the same consideration as an individual like the plaintiff?

4. Has anyone here, or any family member of anyone here, owned a business? If so, what type of business? Did you procure any insurance policies in connection with that business? With whom? Did you make any claims under that policy? Was there anything about that experience that would affect the way you would listen to evidence in this case?

5. Have any of you ever worked in the construction industry? For whom? In what capacity? Did you have any experience in working with heavy equipment?

Respectfully submitted,

*[signature]*

Mitchell C. Chaney
Fed. No. 1918
State Bar No. 4107500
Teri L. Danish
Fed. No. 12862
State Bar No. 05375320
RODRIGUEZ, COLVIN & CHANEY, L.L.P.
1201 East Van Buren
Brownsville, Texas 78520
Telephone: (956) 542-7441
Telefax : (956) 541-2170

ATTORNEYS FOR DEFENDANT