IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 0 4 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| Border Contractors, Inc., a Texas corporation, | : : : |
| Plaintiff | : : |
| vs. | :  Civil Action No. B-02-00027 |
| Great American Insurance Company of New York, | : : : |
| Defendant | : : |

**PLAINTIFF'S REQUESTED QUESTIONS FOR VOIR DIRE OF THE JURY**

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now the Plaintiff, Border Contractors, Inc., and submits the following matters/questions for the purpose of *voir dire* examination of the proposed jury panel in the above entitled and numbered case.

Respectfully submitted,

_____
Robert J. Banks, Esq.
Federal I.D. No. 10703
218 East Harrison Avenue
Harlingen, Texas 78550-9134
956-423-3745 (Telephone)
956-423-3746 (Telecopier)

Attorney for Plaintiff,
Border Contractors, Inc.

## PLAINTIFF'S REQUESTED QUESTIONS FOR VOIR DIRE OF THE JURY

1. Knowledge of parties?

2. Knowledge of attorneys?

3. Knowledge of case?

4. Previous jury experience?

    a. where?

    b. type of case?

    c. verdict for plaintiff or defendant?

5. Prior lawsuits?

    a. plaintiff of defendant?

    b. type of case?

---

Note: American Financial (AFG) owns:   Great American Insurance Company of New York
Great American Insurance Company
American National Fire Insurance Company
Miglin Insurance

**Reference to Great American Insurance Company of New York in the following questions should also include the above insurance companies.**

---

6. Is any prospective juror or any member of their immediate family employed by an insurance company or engaged in the insurance business?

    a. insurance company engaged in the casualty insurance business?

    b. engaged in the general insurance agency business?

    c. agent for a casualty insurance company?

    d. worked as a claims investigator?

    e. worked as an insurance adjuster?

7. Has any prospective juror or any member of their immediate family ever been employed by an insurance company or engaged in the insurance business?

   a. insurance company engaged in the casualty insurance business?

   b. engaged in the general insurance agency business?

   c. agent for a casualty insurance company?

   d. worked as a claims investigator?

   e. worked as an insurance adjuster?

8. Is any prospective juror or any member of their immediate family insured by the defendant company, Great American Insurance Company of New York?

9. Has any prospective juror or any member of their immediate family ever been insured by the defendant company, Great American Insurance Company of New York?

10. Does any prospective juror or any member of their immediate family own any stock in the defendant company, Great American Insurance Company of New York?

11. Has any prospective juror or any member of their immediate family ever owned any stock in the defendant company, Great American Insurance Company of New York?

12. Does any prospective juror or any member of their immediate family own any stock in any other insurance company writing insurance?

    writing casualty insurance?

13. Has any prospective juror or any member of their immediate family ever owned any stock in other insurance company writing insurance?

    writing casualty insurance?

14. Does any prospective juror or any member of their immediate family employed by or engaged in a business having an insurance company or an insurance business as a client?

    a. engaged in the casualty insurance business?

      b.    engaged in the general insurance agency business?

      c.    agent for a casualty insurance company?

15.    Has any prospective juror or any member of their immediate family ever been employed by or engaged in a business having an insurance company or an insurance business as a client?

      a.    engaged in the casualty insurance business?

      b.    engaged in the general insurance agency business?

      c.    agent for a casualty insurance company?

16.    View or opinion about type of case?

17.    View or opinion about damages?