```
COURTROOM MINUTES: John Wm Black Judge Presiding
                   Southern District of Texas, Brownsville Division

Courtroom Clerk    :    M Garcia                    United States District Court
ERO                :    R Nieto                     Southern District of Texas
CSO                :    R Haroldson                          FILED
Law Clerk          :    R Bryd
Interpreter        :    not needed                      APR - 4 2003
Date               :    April 4, 2003 at 9:00 a.m.
                                                      Michael N. Milby
                                                      Clerk of Court
```

---

CIVIL CASE NO. B-02-CV-27 (636(c))

Border Contractor Inc a Texas Corp.　　　　*　　　　Robert Banks

vs　　　　　　　　　　　　　　　　　　　　　*

Great American Insurance Co of New York　*　　　　Teri Danish
　　　　　　　　　　　　　　　　　　　　　　　　　　　Mitchell Chaney

---

### 1ST DAY -----JURY TRIAL

Case called; All parties appeared and announced ready for jury selection;

The Court announces, out of the presence of the Jury, that counsel have consented and signed a 636(c), for Judge Recio to proceed over the trial;

Counsel have consented for Judge John Wm Black to proceed with Jury Selection;

Twenty-four jurors present for jury selection; Jury panel sworn; (oath to jurors before voir dire)

Voir dire began at 9:12 a.m.;
Court recesses at 9:40 a.m.;
Court resumes at 9:55 a.m.;

　　　Jury Selected; 8 jurors. *Trail to commence on April 22, 2003 at 1:30 p.m.*

　　　Preliminary jury instructions given by the Court;
　　　Jurors excused.