Jurors Selected: __April 4, 2003__          For Case # __CV B-02-27__

Case Style: <u>Border Contractors Inc of Texas Corp.   vs   Great American Insurance Co of New York</u>

Jury Trial Date: __April 22, 2003__

Judge: __United States Magistrate Judge Felix Recio__          Time: __1:30 P.M.__

**Juror's Names:**

1. Juanita Isabel Longoria

2. Angelica Salazar

3. Lawrence Lewis

4. Noemi Lincoln

5. Phyllis Brand

6. Maria Lopez

7. Asael Ruvalcaba

8. Esequiel Garcia

United States District Court
Southern District of Texas
FILED
APR - 4 2003
Michael N. Milby
Clerk of Court