================================================================
UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS
================================================================

| | | |
|---|---|---|
| BORDER CONTRACTORS, INC. | * | |
| VS | * | C.A. NO. B-02-027 |
| GREAT AMERICAN INSURANCE OF NEW YORK | * | |

United States District Court
Southern District of Texas
ENTERED

APR 0 8 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

## CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

All parties to this case waived their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. § 636(c).

| Signatures and Typed Names | Party Represented | Date |
|---|---|---|
| [signature] | Border Contractors, Inc. | 4/4/03 |
| [signature] | Great American | 4/4/03 |

## ORDER TO TRANSFER

This case is transferred to United States Magistrate Judge

**Felix Recio**

to conduct all further proceedings, including final judgment.

4/7/03
Date

[signature]
United States District Judge

**NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT ONLY IF ALL PARTIES HAVE CONSENTED ON THIS FORM TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.**