IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| BORDER CONTRACTORS, INC., a Texas Corporation, Plaintiff | * * * * | |
| v. | * * | CIVIL ACTION NO. B-02-027 |
| GREAT AMERICAN INSURANCE COMPANY OF NEW YORK, Defendant | * * * | |

### DEFENDANT'S PROPOSED JURY CHARGE

DEFENDANT GREAT AMERICAN INSURANCE COMPANY submits this proposed Jury Charge to the Court as follows. Defendant specifically requests that the Court further allow submission of such additional proposed instructions and special interrogatories as may be consistent with the evidence adduced in the case and the allegations made by plaintiff if any, which may require additional submissions:

### I.

### INTRODUCTION

**MEMBERS OF THE JURY:**

You have heard the evidence in this case. I will now instruct you on the law that you must apply. It is your duty to follow the law as I give it to you. On the other hand, you the jury are the judges of the facts. Do not consider any statement that I have made in the course of trial or make in these instructions as an indication that I have any opinion about the facts of this case.

After I have instructed you on the law, the attorneys will have an opportunity to make their closing arguments. Statements and arguments of the attorneys are not evidence and are not

AUS:2019695.1
13486.95299

instructions on the law. They are intended to assist the jury in understanding the evidence and the parties' contentions.

Answer each question from the facts as you find them. Do not decide who you think should win and then answer the questions accordingly. Your answers and your verdict must be unanimous.

You must answer all questions from a preponderance of the evidence. By this is meant the greater weight and degree of credible evidence before you. In other words, a preponderance of the evidence just means the amount of evidence that persuades you that a claim is more likely so than not so. In determining whether any fact has been proved by a preponderance of the evidence in the case, you may, unless otherwise instructed, consider the testimony of all witnesses, regardless of who may have called them, and all exhibits received in evidence, regardless of who may have produced them.

In determining the weight to give to the testimony of a witness, you should ask yourself whether there was evidence tending to prove that the witness testified falsely concerning some important fact, or whether there was evidence that at some other time the witness said or did something, or failed to say or do something, that was different from the testimony the witness gave before you during the trial.

You should keep in mind, of course, that a simple mistake by a witness does not necessarily mean that the witness was not telling the truth as he or she remembers it, because people may forget some things or remember other things accurately. So, if a witness has made a misstatement, you need to consider whether that misstatement was an intentional falsehood or simply an innocent lapse of memory; and the significance of that may depend on whether it has to do with an important fact or with only an unimportant detail.

While you should consider only the evidence in this case, you are permitted to draw such reasonable inferences from the testimony and exhibits as you feel are justified in the light of common experience. In other words, you may make deductions and reach conclusions that reason and common sense lead you to draw from the facts that have been established by the testimony and evidence in the case.

The testimony of a single witness may be sufficient to prove any fact, even if a greater number of witnesses may have testified to the contrary, if after considering all the other evidence you believe that single witness.

There are two types of evidence that you may consider in properly finding the truth as to the facts in the case. One is direct evidence - - such as testimony of an eyewitness. The other is indirect or circumstantial evidence - - the proof of a chain of circumstances that indicates the existence or nonexistence of certain other facts. As a general rule, the law makes no distinction between direct and circumstantial evidence, but simply requires that you find the facts from a preponderance of all the evidence, both direct and circumstantial.

S O U R C E :  Fifth Circuit Pattern Jury Instructions, 3.1 (West 1996)]

Do not let bias, prejudice or sympathy play any part in your deliberation. A corporation and all other persons are equal before the law and must be treated as equals in the court of justice.

**SOURCE:** Fifth Circuit Pattern Jury Instructions, 2.13 (West 1999)]

# QUESTION NO. 1

You must determine whether Great American breached the terms of its agreement with Border Contractors. In making your determination, you must first decide whether Border Contractors satisfied all conditions precedent to recovering under this agreement. A "condition precedent" is an act or event that must be performed by Border Contractors before it can recover for breach of the agreement by Great American.

In determining whether Border Contractors satisfied the conditions precedent to recovering from Great American, it is your duty to interpret the following language of the agreement:

> You agree to bring this equipment back to your yard during non-working hours or no coverage for theft or vandalism and malicious mischief applies during non-working hours.

You must decide the meaning of this language by determining the intent of the parties at the time of the agreement. Consider all the facts and circumstances surrounding the making of the agreement, the interpretation placed on the agreement by the parties, and the conduct of the parties.

Do you find from a preponderance of the evidence that Border Contractors complied with all conditions precedent?

Answer "Yes" or "No"

ANSWER: _____

If you answer "No," then STOP.  Sign and date the verdict form at the end of the charge and return it to the judge.  If you answer Question No. 1 "yes," then proceed to Question No. 2.

**GIVEN** _____  **GIVEN AS MODIFIED** _____  **REFUSED** _____

_____
**JUDGE PRESIDING**

**SOURCE: Texas PJC 101.6 , 101.8**

## QUESTION NO. 2:

Do you find from a preponderance of the evidence that Great American failed to comply with its agreement with Border Contractors?

Answer "Yes" or "No"

ANSWER: _____

If you answer "No," then STOP. Sign and date the verdict form at the end of the charge and return it to the judge. If you answer Question No. 2 "yes," then proceed to Question No. 3.

GIVEN _____        GIVEN AS MODIFIED _____        REFUSED _____

_____
**JUDGE PRESIDING**

SOURCE: Tex. PJC 101.2

## QUESTION NO. 3:

What sum of money, if any, if paid now in cash would fairly and reasonably compensate Border Contractors for its damages, if any, that results from such failure to comply?

Consider the following elements of damages, if any, and none other:

The cost of the Caterpillar 2000 Backhoe:    $_____

Do not add any amount for interest on damages, if any.




GIVEN _____          GIVEN AS MODIFIED _____          REFUSED _____


_____
**JUDGE PRESIDING**


**SOURCE:** Tex. PJC 110.2, 110.3

AUS:2019695.1
13486.95299

## CERTIFICATE

We, the Jury, have answered the above and foregoing questions as herein indicated, and herewith return same into Court as our verdict.

(To be signed by the presiding juror if unanimous).

_____
Presiding Juror

(To be signed by those rendering the verdict if not unanimous)