31.

```
COURTROOM MINUTES: Felix Recio Judge Presiding
                   Southern District of Texas, Brownsville Division

Courtroom Clerk    :    M Garcia
Court Reporter     :    E Schwab
CSO                :    R Haroldson
Law Clerk          :    R Bryd
Interpreter        :    not needed
Date               :    April 22 2003 at 1:45 p.m.
```

United States District Court
Southern District of Texas
FILED

APR 2 2 2003

Michael N. Milby
Clerk of Court

---

CIVIL CASE NO. B-02-CV-27 (636(c))

| | | |
|---|---|---|
| Border Contractor Inc a Texas Corp. | * | Robert Banks |
| vs | * | |
| Great American Insurance Co of New York | * | Teri Danish<br>Mitchell Chaney |

---

### 2nd DAY -----JURY TRIAL

Case called; All parties appeared and announced ready for trial;

Jury not present in the Courtroom;

Defendant's attorney M Chaney requests the Court's indulgence for 10 minutes; the parties are discussing settlement;

Court will recess until 2:00 p.m.;
Court resumes at 2:10 p.m.;

Plaintiff's attorney Banks states the parties have reached an agreement in this case and requests the Court grant a continuance to be able to bring in a third party (additional defendant) and to work on the agreement papers;

Continuance GRANTED by the Court;
Leave to file addition of new defendant GRANTED;
The Court will await paperwork on agreement;
The Court requests the jury be brought into the Courtroom at this time;

Jury Panel brought into the Courtroom at 2:15 p.m.;
The Court announces to the Jury Panel that the parties have reached an agreement;

Jurors released;
Court adjourned.