UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 2 8 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| BORDER CONTRACTORS | * |
| | * |
| VS | * C.A. NO. B-02-027 |
| | *        (636(c)) |
| GREAT AMERICAN INSURANCE | * |
| COMPANY OF NEW YORK | * |

## ORDER SETTING STATUS CONFERENCE

A status conference in above-captioned and numbered cause of action is hereby set for **September 18, 2003, at 2:00 p.m.** If an agreed order of dismissal is filed before said date, the status conference will be cancelled.

DONE at Brownsville, Texas, this **25th** day of **July 2003**

Felix Recio
United States Magistrate Judge