*Robert Jeffrey Davis*

AO 440 (Rev. 10/93) Summons in a Civil Action

CA3-02-27

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | August 5, 2003 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| R. F. Tucker | Deputy Sheriff |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: AT 4101 Centurion Way Addison, TX
To Robert Jeffrey Davis

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

United States District Court
Southern District of Texas
FILED
AUG 1 3 2003
Michael N. Milby
Clerk of Court

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | 35.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on August 5, 2003     R. F. Tucker #122
          Date                  Signature of Server

1:00 PM

133 N Industrial Dallas, Texas
Address of Server

R. F. Tucker #122
Deputy Sheriff

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.