*H.R. Agency*

40

AO 440 (Rev. 10/93) Summons in a Civil Action

CAB-02-27

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE August 5, 2003 |
| NAME OF SERVER (PRINT) R. F. Tucker | TITLE Deputy Sheriff |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served:
_4101 Centurion Way Addison, Texas_

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

United States District Court
Southern District of Texas
FILED
AUG 1 3 2003
Michael N. Milby
Clerk of Court

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $5.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _August 5, 2003_    _R. F. Tucker #122_
            Date                  Signature of Server

1:00 PM

_133 N Industrial Dallas, TX._
Address of Server

R. F. Tucker #122
Deputy Sheriff

Dallas County Sheriff's Dept.
Writ Enforcement Section 3132
133 N. Industrial Blvd. LB-31
Dallas, TX 75207

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.