43

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS DIVISION
## BROWNSVILLE DIVISION



United States District Court
Southern District of Texas
FILED

SEP 1 1 2003

Michael N. Milby
**Clerk of Court**

| | | |
|---|---|---|
| BORDER CONTRACTORS, INC. | * | |
| | | 027 |
| vs | * | CIVIL ACTION NO. B-02-~~207~~ |
| | | (636(c)) |
| GREAT AMERICAN INSURANCE | * | |
| COMPANY OF NEW YORK, ET AL | | |

TAKE NOTICE THAT A PROCEEDING IN THIS CAUSE OF ACTION HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW:

---

### Status Conference & Motions Hearing

### September 18, 2003, at 2:00 p.m.

**BEFORE THE HONORABLE U.S. MAGISTRATE JUDGE FELIX RECIO**

---

PLACE:   U.S. Federal Building & Courthouse
         600 E. Harrison, 2nd Floor
         Brownsville, TX 78520

---

                                          **BY ORDER OF THE COURT**

September 11, 2003

cc:   All Counsel