COURTROOM MINUTES: **Felix Recio Judge Presiding**
                   Southern District of Texas, Brownsville Division

| | | |
|---|---|---|
| Courtroom Clerk | : | M Garcia |
| ERO | : | B Pinales |
| CSO | : | D Figueroa |
| Law Clerk | : | M Knicely |
| Date | : | **September 18, 2003 at 09:00 a.m.** |

United States District Court
Southern District of Texas
FILED

SEP 18 2003

Michael N. Milby
Clerk of Court

CIVIL CASE NO. B-02-27

**Border Contractor Inc**                *           Robert Banks

**vs**                                    *

**Great American Ins. Co.**              *           Teri L Danish
  **of New York**
**Robert Jeffrey Davis &**                *           John Robert Jones
  **HR Agency Inc**

### STATUS CONFERNECE AND MOTION HEARINGS

Robert Banks present for Border Contractors Inc;
Teri Danish present for Great American Ins. Co. of New York;
John Robert Jones present for Robert Jeffrey Davis and HR Agency;

The Court addresses the parties and inquires as to the Settlement Agreement which was never filed;

Teri Danish requests the Court dismiss Great American and states documents to that effect will be submitted this afternoon;

Robert Banks and John Robert Jones request the Court to remand the case back to State Court, stating this Court has no jurisdiction;

The Court so agrees;

John Robert Jones will execute a form 636(c) and submit to the Court;

Court adjourned.