===========================================================
UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS
===========================================================

*Border Contractors, Inc.* §
§  United States District Court
§  Southern District of Texas
§           FILED
versus § 
§           SEP 1 8 2003
*Great American Insurance* §
*Robert Jeffrey Davis* §  Michael N. Milby
*HR Agency* §  Clerk of Court

CIVIL ACTION NO. *B-02-027*

## CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

All parties to this case waived their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment. 28 U.S.C. § 636(c).

| Signatures and Typed Names | Party Represented | Date |
|---|---|---|
| *John R. Jones* JOHN R. JONES (Subject to and w/o waiving 12(b)(iv) motion to Dismiss) | Robert Jeffrey Davis & HR Agency | 9-18-03 |

## ORDER TO TRANSFER

This case is transferred to United States Magistrate Judge

**Felix Recio**

to conduct all further proceedings, including final judgment.

*9/18/03*                                  *[signature]*
Date                                       United States District Judge

NOTE: RETURN THIS FORM TO THE CLERK OF THE COURT <u>ONLY</u> IF ALL PARTIES HAVE CONSENTED <u>ON THIS FORM</u> TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE.