IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 2 2 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| BORDER CONTRACTORS, INC. | * | |
| | * | |
| v. | * | Civil Action No. B-02-027 |
| | * | |
| GREAT AMERICAN INSURANCE | * | |
| COMPANY OF NEW YORK, et al. | * | |

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff BORDER CONTRACTORS, INC. and Defendant GREAT AMERICAN INSURANCE COMPANY OF NEW YORK ("Great American") jointly move to dismiss any and all claims asserted by plaintiff, or that could have been asserted by plaintiff, against Great American with prejudice, pursuant to the settlement reached by the parties.

Respectfully submitted,

By: /s/ Robert J. Banks (w/ permission TLS)
Robert J. Banks, Esq.
State Bar No. 01686020
Federal ID No. 10703
Attorney at Law
218 East Harrison Avenue
Harlingen, Texas 78550-9134
(956) 423-3745
Fax No. (956) 423-3746

ATTORNEY FOR PLAINTIFF
BORDER CONTRACTORS, INC.

1

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 2 2 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| BORDER CONTRACTORS, INC. | * | |
| | * | |
| v. | * | Civil Action No. B-02-027 |
| | * | |
| GREAT AMERICAN INSURANCE | * | |
| COMPANY OF NEW YORK, et al. | * | |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff BORDER CONTRACTORS, INC. and Defendant GREAT AMERICAN INSURANCE COMPANY OF NEW YORK ("Great American") jointly move to dismiss any and all claims asserted by plaintiff, or that could have been asserted by plaintiff, against Great American with prejudice, pursuant to the settlement reached by the parties.

Respectfully submitted,

By: _____
Robert J. Banks, Esq.
State Bar No. 01686020
Federal ID No. 10703
Attorney at Law
218 East Harrison Avenue
Harlingen, Texas 78550-9134
(956) 423-3745
Fax No. (956) 423-3746

ATTORNEY FOR PLAINTIFF
BORDER CONTRACTORS, INC.

1

By: /s/ Teri L. Danish
    Mitchell C. Chaney
    Fed. No. 1918
    State Bar No. 4107500
    Teri L. Danish
    Fed. No. 12862
    State Bar No. 05375320
RODRIGUEZ, COLVIN & CHANEY, L.L.P.
1201 East Van Buren
Brownsville, Texas 78520
Telephone: (956) 542-7441
Telefax : (956) 541-2170

ATTORNEYS FOR DEFENDANT
GREAT AMERICAN INSURANCE COMPANY
OF NEW YORK

## CERTIFICATE OF SERVICE

I, Teri L. Danish, hereby certify that a true and correct copy of the foregoing document has been forwarded to the following counsel of record, by facsimile and/or regular mail on September 19, 2003.

Robert J. Banks          *Via Fax: (956) 423-3746*
218 East Harrison Avenue
Harlingen, Texas 78550-9134

/s/ Teri L. Danish
Teri L. Danish

2