47

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 2 4 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| BORDER CONTRACTORS, INC., | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. B-02-27 |
| | § | (636(c)) |
| GREAT AMERICAN INSURANCE | § | |
| COMPANY OF NEW YORK | § | |
| | § | |
| and | § | |
| | § | |
| ROBERT JEFFREY DAVIS | § | |
| | § | |
| and | § | |
| | § | |
| HR AGENCY, INC. | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is Defendants Robert Jeffrey Davis and HR Agency, Inc.'s "Motion to Dismiss For Lack of Subject Matter Jurisdiction" (Doc. # 41). As an alternative to dismissal for lack of subject matter jurisdiction, the motion proposes that the case be remanded to state court. After due consideration, the Court is of the opinion that this case should be remanded to state court pursuant to 28 U.S.C. § 1447(e). It is hereby ORDERED that this case be REMANDED to the 197th Judicial District Court of Cameron County, Texas.

DONE at Brownsville, Texas, this 22nd day of September, 2003.

Felix Recio
United States Magistrate Judge