IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 2 4 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| BORDER CONTRACTORS, INC. * | |
| * | |
| v. * | Civil Action No. B-02-027 |
| * | (636(c)) |
| GREAT AMERICAN INSURANCE * | |
| COMPANY OF NEW YORK, et al. * | |

## ORDER OF DISMISSAL

The Court, having been presented with a Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a), hereby ORDERS that Plaintiff's claims against Defendant Great American Insurance Company of New York are dismissed with prejudice.

Signed this 22nd day of September, 2003.

FELIX RECIO
UNITED STATES MAGISTRATE JUDGE